**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 358 WAL 2017

                       Respondent        :

                                    :    Petition for Allowance of Appeal from

                                    :    the Order of the Superior Court

                 v.                      :

                                    :

SHAWN CRAWFORD,                    :

                                    :

                       Petitioner         :

## ORDER

**PER CURIAM**

       **AND NOW**, this 2nd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.